**No. P67/95.**—Selectile Co., Inc. *v.* United States, protest 60/10340 (B) (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of polished marble slabs similar in all material respects to those the subject of *Selectile Co., Inc.* v. *United States* (54 Cust. Ct. 30, C.D. 2504), the claim of the plaintiff was sustained.

**No. P67/96.**—Morris Friedman et al. *v.* United States, protests 61/6615, etc. (Philadelphia).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bags or baskets in chief value of rush similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiffs was sustained.

**No. P67/97.**—Seaway Importing Co. *v.* United States, protests 64/545, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rainwear similar in all material respects to that the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.